J. V. Mileris, Plaintiff-Appellee, v. Alfred G. Miller, De-
lores M. Miller, Peters Van and Storage Company,
Inc., an Illinois Corporation, and F. P. Peters, De-
fendants-Appellants, and

Alfred G. Miller and Delores M. Miller, Counter-Plain-
tiffs, v. J. V. Mileris, Peters Van and Storage Com-
pany, Inc., an Illinois Corporation, F. P. Peters and
Elmer E. Peterson, Counter-Defendants, and

Alfred G. Miller and Delores M. Miller, Third Party
Plaintiffs, v. Elmer E. Peterson, Third Party De-
fendant.

Gen. No. 68–148.

Second District.

March 17, 1969.

Carbary, Carbary & Chapski, of Elgin, for appellants;
Dreyer, Foote & Streit, and Goldsmith, Dyer, Thelin & Schiller, of
Aurora, and Anthony F. Donat, of Batavia, for appellees. Opinion
by JUSTICE SEIDENFELD. Not to be published in full.